AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TERRENCE J. HANCOCK, et al.

V.

ROY'S PAVING & SEALCOATING COMPANY, an Illinois corporation

CASE NUMBER: 08CV4563

ASSIGNED JUDGE: JUDGE GETTLEMAN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON    RCC

TO: (Name and address of Defendant)

Roy's Paving & Sealcoating Company
c/o Marsha A. Bond, Registered Agent/Secretary
14814 S. Robey Avenue
Harvey, IL  60426

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beverly P. Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

--------------------------------
(By) DEPUTY CLERK



**August 12, 2008**
--------------------------------
Date

**State of Illinois**

**General No.: 08CV4563**

**County of USDC CHICAGO**

### AFFIDAVIT OF SERVICE

LEROY KARCZEWSKI deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 8/27/2008 at 7:35:00 PM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT with Roy's Paving & Sealcoating Co. as shown below:

Served the wihin named Roy's Paving & Sealcoating Co. by delivering a true and correct copy of the SUMMONS and COMPLAINT , to Marsha Bond a person authorized to accept service of process as agent.

Said service was effected at 14814 S. Robey Ave., Harvey, IL

Description of Person Served Sex:　Height:　Weight:　Race:　Age:

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

8-28-08
Dated

Leroy Karczewski
117-000192